(119 So. 920)

**L. M. DUKE v. Harold HUGULEY et al.**
**(5 Div. 727.)**

Court of Appeals of Alabama. Dec. 18, 1928.

Will O. Walton, of La Fayette, for appellant.
R. C. Wallace, of La Fayette, for appellee.

SAMFORD, J. Action in detinue. From a judgment for plaintiff, defendant appeals. There appears to be no assignment of errors, and therefore, under rule 1 of the Supreme Court, the judgment must be affirmed.

Affirmed.